# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HARVEY, | : | |
| Plaintiff, | : | Case No. 2:12-CV-779 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| GARY MOHR, et al. | : | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 25).  On February 20, 2014, the Magistrate Judge issued the Report and Recommendation, recommending that Defendants Mohr, Hudson, Ayers, Ntim, Aduse, and the State of Ohio's Motion for Summary Judgment (Doc. 23) be granted, and the action be dismissed.  Plaintiff was specifically advised of his right to object to this Report and Recommendation, and of the consequences of his failure to do so.  (Doc. 25 at 2-3).  Plaintiff has failed to respond.  The deadline for objections lapsed on March 10, 2014.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein.  Accordingly Defendants Mohr, Hudson, Ayers, Ntim, Aduse, and the State of Ohio's Motion for Summary Judgment is **GRANTED**.  This action is hereby **DISMISSED**. The Clerk shall enter final judgment.

    **IT IS SO ORDERED.**

                                                 s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:  March 12, 2014**